

SHARON KELLER
PRESIDING JUDGE

LAWRENCE E. MEYERS
CHERYL JOHNSON
MIKE KEASLER
BARBARA P. HERVEY
ELSA ALCALA
BERT RICHARDSON
KEVIN P. YEARY
DAVID NEWELL
    JUDGES

# COURT OF CRIMINAL APPEALS
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

ABEL ACOSTA
CLERK
512-463-1551

SIAN R. SCHILHAB
GENERAL COUNSEL
512-463-1597

April 1, 2015

Sharri Roessler, Clerk
10th Court of Appeals
501 Washington Ave, Ste. 415
Waco, Texas 76701

RE:    Marco Polo Medina-Gonzalez
          Trial Court Number 2012-2077-C2
          Case Number PD-1661-14
          COA# 10-13-00394-CR

Dear Clerk:

Enclosed please find the State's Exhibits 2 and 21 in the above referenced cause.

Please call if you have any questions.

Very truly yours,

Abel Acosta
Clerk